1004

No. 681, Misc. WOYKOVSKY v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 685, Misc. HARBAUGH v. MARONEY, CORRECTIONAL SUPERINTENDENT, ET AL. C. A. 3d Cir. Certiorari denied.

No. 687, Misc. CRUMP v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 689, Misc. CURRY v. MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 690, Misc. BURGESS v. FARRELL LINES, INC. C. A. 4th Cir. Certiorari denied. *David Rein* and *Joseph Forer* for petitioner. *David R. Owen* for respondent.

No. 695, Misc. STEVENSON v. MYERS, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 698, Misc. TENNANT v. MARYLAND. Seventh Judicial Circuit Court of Maryland. Certiorari denied.

No. 700, Misc. COBB v. ILLINOIS. Appellate Court of Illinois, Cook County. Certiorari denied.

No. 701, Misc. BROWNE v. WISCONSIN. Supreme Court of Wisconsin. Certiorari denied.

No. 707, Misc. FORD v. ALABAMA. Supreme Court of Alabama. Certiorari denied.